

# THE THIRTEENTH COURT OF APPEALS

### 13-14-00077-CV

Rene Gabriel Hinojosa and Raul Perales
v.
The State of Texas

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-5907-D

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

May 15, 2014